Name Bobbie Perry
Street Address 10025 Coloma Rd
City and County Rancho Cordova
State and Zip Code CA, 95670
Telephone Number 916-638-3030

FILED
OCT 19 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott Johnson

*(Write the full name of each plaintiff who filed the complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Ki Jin Song, Bobbie Perry

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**The Defendant's Answer to the Complaint**

Case No. 2:16-CV-02061-Jam-KJN

Jury Trial: ☐ Yes ☒ No
*(check one)*

## I. The Parties Filing This Answer to the Complaint

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bobbie Perry |
| Street Address | 10625 coloma rd |
| City and County | rancho cordova |
| State and Zip Code | CA, 95670 |
| Telephone Number | 916. 638. 3030 |
| E-mail Address | reduino 916 @ gmail . com |

## II. The Answer and Defenses to the Complaint

### A. Answering the Claims for Relief

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

### B. Presenting Defenses to the Claims for Relief

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1. The court does not have subject-matter jurisdiction over the claims because *(briefly explain why there is no federal-question jurisdiction or diversity-of-citizenship jurisdiction; see the complaint form for more information)*

   I Deny that the Door knob IS NOT handicapped Accesable.

2. The court does not have personal jurisdiction over the defendant because *(briefly explain)*

I Deny All Allegations

3. The venue where the court is located is improper for this case because *(briefly explain)*

501 I Street Sac CA,

4. The defendant was served but the process—the form of the summons—was insufficient because *(briefly explain)*

I was never served Personally

5. The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

N/A

6. The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

Allegations are untrue.

7. Another party *(name)* None needs to be joined (added) in the case. The reason is *(briefly explain why joining another party is required)*

a. If the basis for subject-matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)* ____________________. *Or* is a citizen of *(foreign nation)* ____________________. The amount of damages sought from this other party is *(specify the amount)* ____________________.

b. If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

____________________________________________

____________________________________________

____________________________________________

**C. Asserting Affirmative Defenses to the Claims for Relief**

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*

The door hande is there for the ~~purpouse~~ purpose of looks only it is Not a working door knob.

is barred by *(identify one or more of the following that apply)*:

1. Accord and satisfaction *(briefly explain)*

____________________________________________

____________________________________________

2. Arbitration and award *(briefly explain)*

____________________________________________

____________________________________________

3. Assumption of risk *(briefly explain)*

None

4. Contributory or comparative negligence of the plaintiff *(briefly explain)*

5. Duress *(briefly explain)*

6. Estoppel *(briefly explain)*

7. Failure of consideration *(briefly explain)*

8. Fraud *(briefly explain)*

9. Illegality *(briefly explain)*

10. Injury by fellow employee *(briefly explain)*

11. Laches (Delay) *(briefly explain)*

12. License *(briefly explain)*

________________________________________

________________________________________

13. Payment *(briefly explain)*

________________________________________

________________________________________

14. Release *(briefly explain)*

________________________________________

________________________________________

15. Res judicata *(briefly explain)*

________________________________________

________________________________________

16. Statute of frauds *(briefly explain)*

________________________________________

________________________________________

17. Statute of limitations *(briefly explain)*

________________________________________

________________________________________

18. Waiver *(briefly explain)*

________________________________________

________________________________________

19. Other *(briefly explain)*

________________________________________

________________________________________

**D. Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross-Claim)**

For either a counterclaim against the plaintiff or a cross-claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross-claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross-claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

   Door knob isnt Handicupped Accessible, which it is

2. The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

   Ki Jin Song - Parking Lot -

3. State briefly and precisely what damages or other relief the party asserting a counterclaim or cross-claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

   a. The defendant asserting the counterclaim or cross-claim against *(specify who the claim is against)* ____________________ alleges that the following injury or damages resulted *(specify)*:

______________________________

b. The defendant seeks the following damages or other relief *(specify)*:

______________________________

______________________________

______________________________

## III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/19, 2016

Signature of Defendant [signature]

Printed Name of Defendant Bobbie Perney