Richard Chao Jen Wahng SBN#225672
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 344-5755Fax
rwahng@gmail.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>Plaintiff,<br><br>v.<br><br>Ki Jin Song; Bobbie Aileen Perry; and Does 1-10,<br><br>Defendants. | CASE NO. 2:16-CV-02061-JAM-KJN<br><br>**DEFENDANT KI JIN SONG'S ANSWER TO THE COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 8, Defendant Ki Jin Song ("Defendant") answers the complaint ("Complaint") of plaintiff Scott Johnson ("Plaintiff") as follows:

1. In response to paragraph 1 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

2. In response to paragraph 2 of the Complaint, Defendant admits all allegations therein.

3. In response to paragraph 3 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

4. In response to paragraph 4 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

5. In response to paragraph 5 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

6. In response to paragraph 6 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

7. In response to paragraph 7 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

8. In response to paragraph 8 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9. In response to paragraph 9 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

10. In response to paragraph 10 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

11. In response to paragraph 11 of the Complaint, Defendant admits the allegations therein.

12. In response to paragraph 12 of the Complaint, Defendant admits the allegations therein.

13. In response to paragraph 13 of the Complaint, Defendant denies each and every allegation contained therein.

14. In response to paragraph 14 of the Complaint, Defendant denies each and every allegation contained therein.

15. In response to paragraph 15 of the Complaint, Defendant denies each and every allegation contained therein.

16. In response to paragraph 16 of the Complaint, Defendant denies each and every allegation contained therein.

17. In response to paragraph 17 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

18. In response to paragraph 18 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

19. In response to paragraph 19 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

21. In response to paragraph 21 of the Complaint, Defendant denies each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

23. In response to paragraph 23 of the Complaint, Defendant denies each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

25. In response to paragraph 25 of the Complaint, the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

26. In response to paragraph 26 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

27. In response to paragraph 27 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

28. In response to paragraph 28 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

29. In response to paragraph 29 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

30. In response to paragraph 30 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

31. In response to paragraph 31 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

32. In response to paragraph 32 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

33. In response to paragraph 33 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

34. In response to paragraph 34 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

35. In response to paragraph 35 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

36. In response to paragraph 36 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

37. In response to paragraph 37 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

38. In response to paragraph 38 of the Complaint, Defendant states that the allegations contained therein are legal conclusions to which no admission or denial can properly be made, and on that basis Defendant denies each and every allegation contained therein.

39. In response to paragraph 39 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

////

////

////

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

1. The Complaint fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

2. Plaintiff has failed to mitigate their damages by failing to take such actions as are reasonably necessary to minimize any loss which may have, or in the future may be, sustained.

### THIRD AFFIRMATIVE DEFENSE

(Other Causation)

3. The damages, if any, sustained by Plaintiff were proximately caused by Plaintiff's own acts, errors, omissions, negligence and/or breaches of obligation, or by the acts, errors, omissions, negligence and/or breaches of obligation by individuals or entities other than Defendant and as such, Defendant is not responsible for any such injuries or damages.

### FOURTH AFFIRMATIVE DEFENSE

(Mootness)

4. Plaintiff's claims are moot.

### FIFTH AFFIRMATIVE DEFENSE

(Lack of Supplemental Jurisdiction)

5. This Court lacks jurisdiction over Plaintiff's state law claims.

### SIXTH AFFIRMATIVE DEFENSE

(Equivalent Facilitation)

5. Plaintiff's claims are barred because, with respect to any architectural or structural element of the property that departs from any accessibility guidelines, the property has provided "equivalent facilitation" in the form of alternative designs and technologies that provide substantially equivalent or greater access to and usability of the facility.

### SEVENTH AFFIRMATIVE DEFENSE

(De Minimis Claims)

7. Plaintiff's claims are barred because the claimed violations are de minimis, and non-actionable because they do not materially impair Plaintiff's use of an area for an intended purpose.

**EIGHTH AFFIRMATIVE DEFENSE**

(Good Faith Effort)

8. Defendant has made good faith efforts to comply with the ADA, the Unruh Act, and the California Disabled Persons Act, including providing appropriate alternative access.

**NINTH AFFIRMATIVE DEFENSE**

(Statute of Limitations)

9. The relief prayed for in the Complaint is barred by the applicable statute of limitations.

**TENTH AFFIRMATIVE DEFENSE**

(No Punitive Damages)

10. The imposition of punitive damages in this matter would violate Defendant's right to due process of law in violation of the California Constitution and the United States Constitution.

**ELEVENTH AFFIRMATIVE DEFENSE**

(No Interference with Law)

11. Plaintiff's claims under the CDPA and Unruh Act are barred to the extent that they interfere with Defendant's compliance with laws and regulations that are equally applicable to all persons.

**TWELFTH AFFIRMATIVE DEFENSE**

(No Statutory Damages)

12. The imposition of statutory minimum damages in this matter would violate Defendant's Eighth Amendment protection against excessive fines in violation of the California Constitution and the United States Constitution.

**OTHER AFFIRMATIVE DEFENSES**

Defendant presently has insufficient knowledge or information upon which to form a belief as to whether they may have additional affirmative defenses available. Defendant reserves

the right to assert additional defenses in the event that discovery indicates that they would be appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1. That Plaintiff takes nothing by his Complaint;
2. For reasonable attorneys' fees;
3. For costs of suit incurred herein; and
4. For such other and further relief the Court deems just and proper.

Dated: November 14, 2016

Law Offices of Richard Wahng

By: /s/ Richard C.J. Wahng
Richard C.J. Wahng
Attorneys for Defendant Ki Jin Song