UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>                Plaintiff,<br>     v.<br><br>Ki Jin Song; Bobby Aileen Perry; and Does 1-10,<br><br>                Defendants. | Case No. 2:16-cv-02061-JAM-KJN<br><br>**ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |

Plaintiff Scott Johnson and Defendant Bobby Aileen Perry, by and through their attorneys of record, having been considered, the Clerk's Entry of Default against Defendant Bobby Aileen Perry is hereby set aside. Defendant Bobby Aileen Perry shall have ten days after the date of this order to file a first amended answer to the complaint.

Dated: 3/8/2017

/s/ John A. Mendez
United States District Court Judge