Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Fax: (916) 273-8956
Email: legal@rickmorin.net

Attorney for Defendant Bobby Aileen Perry

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Scott Johnson,  Plaintiff,  v.  Ki Jin Song; Bobbie Aileen Perry; and Does 1-10,  Defendants. | Case No. 2:16-cv-02061-JAM-KJN  **ORDER FOR VDRP REFERRAL**  **Local Rule 271(c)(3)** |
|---|---|

The Court, having considered the Stipulation for VDRP Referral by Plaintiff Scott Johnson ("Plaintiff") and defendants Ki Jin Song and Bobbie Aileen Perry ("Defendants"), it is hereby

ORDERED that:

1. Plaintiff and Defendants shall mediate all issues in this matter under Local Rule 271;

2. Plaintiff and Defendants shall complete the VDRP process by November 30, 2017, and the neutral shall file confirmation of the completion of the process with the Court by December 15, 2017; and

3. Further discovery is stayed until the completion of the VDRP process.

Dated: 7/17/2017                                       /s/ John A. Mendez_____
                                                        U.S. District Court Judge

---

1
ORDER FOR VDRP REFERRAL